

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 21, 2024

**BY ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Letter Motion GRANTED. The Court will convert the October 24 Status Conference to a Change of Plea Hearing. Mr. Hill will be arraigned prior to his change of plea.
>
> Dated: October 21, 2024
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *United States v. Rayeheame Hill*, 24 Cr. 343 (JLR)

Dear Judge Rochon:

    The Government writes on behalf of both parties in advance of the conference scheduled for October 24, 2024 at 11:00 a.m. On October 9, 2024, a Superseding Indictment was filed in this case. (ECF 15.) The parties request that, at the October 24 conference or at another time convenient for the Court, the Court arraign the defendant, Rayeheame Hill, on the Superseding Indictment. The Government understands that Mr. Hill intends to enter a plea of guilty to the Superseding Indictment. Accordingly, the parties respectfully request that the Court also conduct a plea hearing at that time.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                               By:   *Lauren Phillips*
                                   Lauren E. Phillips
                                   Assistant United States Attorney
                                   (212) 637- 2231

Cc: Martin Cohen, Esq. (by ECF)