# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 24, 2024

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Rayeheame Hill*, 24 Cr. 343 (JLR)

Dear Judge Rochon:

    I write on consent (Assistant U.S. Attorney Lauren Phillips) to respectfully request that the Court adjourn today's conference and reschedule it for October 30, 2024, at 11:00 a.m. My understanding is that Mr. Hill is experiencing medical issues at the Metropolitan Detention Center and is unable to appear in court today. I further request that the Court exclude time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc:   Lauren Phillips, Esq. by ECF

Letter Motion GRANTED.  The Change of Plea Hearing is adjourned to **October 30, 2024 at 11:00 a.m.**  Speedy trial time is excluded until October 30, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial, in order to give the parties time to facilitate a pretrial resolution.

Dated: October 24, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**