# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 12, 2024

*By ECF*

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Rayeheame Hill*, 24 Cr. 343 (JLR)

Dear Judge Rochon:

    I write to respectfully request that the Court adjourn the conference currently scheduled for November 13, 2024, at 11:30 a.m., and reschedule it for December 4, 2024 at 12:00 p.m., or another date convenient for the Court. The purpose of the adjournment is to allow counsel time to meet with Mr. Hill to discuss issues related to a potential disposition in this matter.

    If the Court grants the request, I further request that the Court exclude time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc: Lauren Phillips, Esq. by ECF

Letter motion GRANTED. The Change of Plea Hearing is adjourned from November 13, 2024 to **December 4, 2024 at 12:00 p.m.** Speedy trial time is excluded until December 4, 2024. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial, in order to give the parties time to facilitate a pretrial resolution.

Date: November 12, 2024
      New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge